GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant U.S. Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
Attorneys for Plaintiff

FILED ☒   LODGED ☐

**Aug 09 2024**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | Case No.   CR-24-01349-PHX-KML (JZB) |
|---|---|
| Plaintiff, | |
| v. | **I N F O R M A T I O N** |
| Hugo Ariel Lopez, | VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D) |
| Defendant. | (Dealing Firearms without a License) |

**THE UNITED STATES ATTORNEY'S OFFICE CHARGES**:

From on or about December 11, 2020, through August 14, 2023, within the District of Arizona, Defendant HUGO ARIEL LOPEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms.

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

//
//
//
//
//

- 15 -

Dated this ____31____ day of ___July_____, 2024.


GARY M. RESTAINO
United States Attorney
District of Arizona

_____
BENJAMIN GOLDBERG
Assistant U.S. Attorney

Digitally signed by ADDISON
OWEN
Date: 2024.07.31 11:37:24 -07'00'

- 16 -